Board, Respondent.— Motion to dismiss appeal denied, without costs. It appears that the appellant has requested the minutes which have not yet been furnished by the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The United Paperboard Company, Respondent, v. Iroquois Pulp & Paper Company, Appellant.— Record to be printed, except the case on an earlier appeal in the Court of Appeals, the printing of which may be omitted, and the Court of Appeals record presented as an exhibit. No costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Sevrin Wassmer, Appellant, against York Ice Machinery Company and Mutual Liability Insurance Company, Respondents. State Industrial Board, Respondent.— Motion for order directing State Industrial Board to strike from the record of the Board testimony of the appellant, denied, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Alphonse Saile, Respondent, against Joseph Cashier Co., Inc., and Ætna Life Insurance Company, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Morris Frankel, Respondent, against Gellens & Weiss and Phœnix Indemnity Company, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Morris Frankel, Respondent, against Gellens & Weiss and Phœnix Indemnity Company, Appellants. State Industrial Board, Respondent.— Motion by employer-appellant for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Edward Wenks, Respondent, against Dry Dock Savings Institution, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Charles Meyers, Respondent, against The City of Rochester, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of John Thye, Respondent, against R. W. S. Corporation and Bankers Indemnity Insurance Company, Appellants. State Industrial Board, Respondent.— Motion for reargument denied, with ten dollars costs to the State Industrial Board. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Julianne Weber, Respondent, against Israel Beckar and Bankers Indemnity Insurance Company, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.